UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN DIANNE CHAMBERS,

       Plaintiff,

                                                    Case Number: 09-11562

v.

CITY OF DETROIT, a Michigan Municipal           Paul D. Borman
corporation; DETROIT CITY COUNCIL,             United States District Judge
a Michigan Municipal corporation;
COUNCILWOMAN MARTHA REEVES,
individually and in her official capacity; and
THOMAS STEPHENS, an individual; jointly
and severally,

       Defendants.

_____/

## ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS UNTIMELY

       This action comes before the Court on the City of Detroit, Detroit City Council, Martha Reeves and Thomas Stephens's (collectively "Defendants") motion to strike Plaintiff Carolyn Chambers's ("Plaintiff") response to their motion for summary judgment. (Dkt. No. 45.) Plaintiff has filed a response (Dkt. No. 47), and Defendants have filed a reply. (Dkt. No. 48.) The Court DENIES Defendants' motion for the reasons stated in Plaintiff's response. Under the Federal Rules, Plaintiff's response was timely filed. *See* Fed. R. Civ. P. 5(b)(E); 6(a)(C), (d).

       SO ORDERED.

                                                     S/Paul D. Borman
                                                     PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: February 24, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 24, 2011.

                                                S/Denise Goodine
                                                Case Manager